IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50896
Summary Calendar
_____

JUAN E. CISNEROS,

                                        Plaintiff-Appellant,

versus

JOHN J. CALLAHAN,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CV-1229
- - - - - - - - - -
September 17, 1997
Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

        Juan E. Cisneros appeals the district court's determination that it lacked jurisdiction to review the Commissioner's decision not to reopen his prior claims for disability benefits. Cisneros argues that the district court erred in granting the Commissioner's motion to dismiss his complaint because he alleged violations of his substantive and procedural due process rights. We have reviewed the record and the briefs of the

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

parties and AFFIRM the district court's dismissal for essentially the same reasons set forth by the magistrate judge and adopted by the district court. <u>Cisneros v. Chater</u>, SA-95-CV-1229 (W.D. Tex. Sept. 27, 1996) (unpublished).

**AFFIRMED.**